UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY RIMA,<br><br>              Plaintiff,<br><br>  vs.<br><br>WASHINGTON STATE PENITENTIARY PROPERTY ROOM, WSP STAFF, SGT. WALKER, and DEPARTMENT OF CORRECTIONS,<br><br>              Defendants. | NO: 12-CV-0612-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Hutton filed a Report and Recommendation (ECF No. 10), recommending that Mr. Rima's request to voluntarily dismiss this action be granted.  Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion (ECF No. 8), is **GRANTED**.  This action is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

1     **IT IS FURTHER ORDERED** that Plaintiff's motion to waive filing fee
2 (ECF No. 9), is **GRANTED**.  The institution having custody of Mr. Rima shall
3 cease collection of the filing fee in this action, cause number **12-CV-612-JPH.**
4     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
5 Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff,
6 and **CLOSE** the file.  The District Court Executive is further directed to send a
7 copy of this Order to the **Office of the Department of Corrections, Attn:**
8 **LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the
9 appropriate agency having custody of Plaintiff.  The District Court Executive shall
10 also provide a copy of this Order to the Financial Administrator for the United
11 States District Court, Eastern District of Washington.
12     **DATED** February 28, 2013.



                          THOMAS O. RICE
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2