AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROY RIMA,

           Plaintiff,

           v.

WASHINGTON STATE PENITENTIARY PROPERTY ROOM, WSP STAFF, SGT. WALKER, and DEPARTMENT OF CORRECTIONS,

           Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-CV-0612-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  This action is DISMISSED WITHOUT PREJUDICE.

February 28, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Sheila Parpolia

*(By) Deputy Clerk*

Sheila Parpolia